FILED
July 24, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> IRVING SCHWARTZ, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:12-mj-00194-KJN <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Irving Schwartz</u>; Case <u>2:12-mj-00194-KJN</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of _____

    _X_ Unsecured Appearance Bond in the amount of $75,000.00; co-signed by defendant's wife, Bertha Schwartz.

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond secured by Real Property

    __ Corporate Surety Bail Bond

    __ (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on <u>7/24/2012</u> at 3:00 pm

By _____
Kendall J. Newman
United States Magistrate Judge